# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
   v.                           )   2:10-CR-316-JCM (GWF)
                                )
SHARON HAMPTON,                 )
                                )
        Defendant.              )

## ORDER OF FORFEITURE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SHARON HAMPTON a criminal forfeiture money judgment in the amount of $160,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED April 11, 2012.

                                                          UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on April 6, 2012, by the below identified method of service:

<u>Electronic Filing</u>

Beau Sterling
Sterling Law, LLC
228 South Fourth Street, First Floor
Las Vegas, NV 89101
bsterling@sterlinglaw.com
*Counsel for Sharon Hampton*

/s/HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk